UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAVIER LOPEZ,<br><br>    Defendants. | Case No.:  22-CR-00936-JLS<br><br>Order Continuing Motion Hearing/ Trial Setting |

    Pursuant to joint motion and good cause appearing, the Court continues the Motion Hearing/Trial Setting from May 27, 2022, at 1:30pm to June 24, 2022 at 1:30pm.

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

    So ordered.

Dated:  May 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge